# EXHIBIT 1



# SALES ORDER CONFIRMATION

**MEDMAR INC**
1 LEOFOROS POSSIDONOS AVENUE,
AND 3 MORAITINI STREET,,
BUILDING 1, 1/F

| | | |
|---|---|---|
| Attn | : | COSTAS MYLONAKIS |
| Email | : | cmylonakis@windrose-marine.com |

We are pleased to confirm our sales and supply of marine fuels to buyer and owners on the terms and conditions mutually agreed as follows:

| | | |
|---|---|---|
| **Sales Order No.** | : | SO1906099 |
| **Vessel** | : | LILA SHANGHAI / IMO NO: 9541318 |
| **Port** | : | ALGOA BAY |
| **Delivery Date** | : | 05 JULY 2019 - 06 JULY 2019 |
| **Seller** | : | SING FUELS PTE LTD |
| **Account** | : | **MEDMAR INC** AND JOINTLY AND SEVERALLY OWNERS / MANAGING OWNERS / OPERATORS / MANAGERS / DISPONENT OWNERS / CHARTERERS OF THE VESSEL **MV 'LILA SHANGHAI'**. MERE RECEIPT OF THIS CONFIRMATION SIGNIFIES ACCEPTANCE OF RESPONSIBILITY FOR PAYMENT OF OUR BUNKER INVOICE BY EACH AND ALL OF THEM. |

| | Date | Quantity | Product/Quality/Charges | Price |
|---|---|---|---|---|
| 1) | 28 JUN 2019 | 950 - 1,050 MT | MARINE FUEL OIL 380CST: RMG380 (SULPHUR MAX 3.5%)<br><br>ISO 8217 : 2010 E FOR RMG380 | USD 507.00 PMT |

| | | |
|---|---|---|
| Delivery | : | DELIVERY BY BARGE only for each grade provided vessel's ETA maintained firm for the last 48 working hours and within nominated date of supply |
| Payment | : | WITHIN 60 DAYS FROM DATE OF DELIVERY. Payment gets outstanding on the last working day if 60 day falls on the weekend. |
| | | **Payment for marine fuels delivered must be made in full on due date without any discount, deduction, set-off or counterclaim, free of all charges regardless of any claim of any nature whatsoever. Sales of marine fuels are made on the credit of the receiving vessel and owners as well as the buyer's promise to pay and amount due shall give rise to a claim personally against the buyer and owners and in rem against the vessel and sister vessels, if any.** |
| | | ALL OVER DUE PAYMENT SHALL BEAR INTEREST AT THE RATE OF TWO PER CENT PER MONTH. |
| Remarks | : | Calling instructions & supply wp, agw<br>Physical Supplier: Oryx |

Page 1 of 2

**SING FUELS PTE LTD,** 10 Anson Road, #16-09  International Plaza, Singapore 079903
TEL : (65) 6420 0400 FAX : (65) 6222 4414

# SALES ORDER CONFIRMATION

**DELIVERY NOTICE**
A 48 hour mandatory notice (excluding Saturday, Sunday & Public Holiday) is required before the products are to be delivered.

**OTHERS:**
SELLER'S TERMS AND CONDITIONS OF SALE FOR MARINE FUEL APPLIES.

**TERMS AND CONDITIONS.**

**IMPORTANT**
1. In the event that the Buyer requires any addition and/or reduction to the nominated quantity stated herein, the Seller and/or the supplier reserves the right to revise the unit price(s) where necessary. If the vessel falls to arrive or to receive the bunkers from date of nominated date or date range as confirmed, Seller has the option to cancel the bunker supply without liabilities; or in the case the nomination remains, the delivery shall only be carried out on a best endeavour basis.

2. The results of any representative sample(s) tested in any surveyor program(s) without prior mutual agreement shall be for reference only.

3. Any associated costs relating to the delivery if applicable, where not stated, i.e. wharfage, anchorage, demurrage, overtime, etc. shall be for buyer's account.

4. Interest will be charged at 2% per month for overdue amount or pro-rate for any part thereof in respect of late payment. Buyer agrees to reimburse seller in full for all costs and expenses incurred by seller arising out of and/or in connection with non or late payment. Any partial repayment will be used to offset the default interest amount, followed by the principal amount.

5. Vessel should update her ETA to us regularly upon bunker stem – bunkers@singfuels.com

6. This contract is subject to our General Terms and Conditions of Sale of Bunker Fuel for delivery in Singapore and any other ports worldwide. All deliveries in Singapore, either in port or outside port limits of Singapore, are to be made in accordance with the Code of Practice for Bunkering - Singapore Standard SS 600: 2008. In the event of any conflict, Singfuels Pte Ltd General Terms and Conditions of Sale of Bunker Fuel and this Bunker Confirmation shall prevail. Singfuels Pte Ltd reserves the right to amend the terms and conditions at any time without prior notice to the buyer.

7. We reserve our rights and at our absolute discretion whether to sell or deliver the bunkers to the receiving vessel at any time or any stage if the receiving vessel is on charter and the sale and delivery of the bunker is for charterer's account unless such particular knowledge is specifically brought to our attention and our written consent is obtained. It is further agreed that any endorsement made on the BDN in any event shall be invalid and of no effect whatsoever.

8. All parties agreed that the quantities of bunkers are to be determined only from the official gauge or meter of the bunkering barge and quantities calculated from the receiving vessel's soundings shall not be considered or accepted. It is further agreed that any endorsement on the BDN in any event shall be invalid and of no effect whatsoever.

**We thank you for this nomination.**

Please get in touch with below:

Accounts related matter, kindly e-mail to finance@singfuels.com

Operations related matter, kindly e-mail to bunkers@singfuels.com

**Kind Regards,**

STELLA LYKOURI
| | | |
|---|---|---|
| Mobile | : | +30 693 610 4374 |
| Email | : | stella@singfuels.com |
| Skype | : | stelalikouri_1 |
| Office Email | : | **bunkers@singfuels.com** |

**THIS IS A COMPUTER-GENERATED DOCUMENT. NO SIGNATURE IS REQUIRED.**

Page 2 of 2

**SING FUELS PTE LTD,** 10 Anson Road, #16-09 International Plaza, Singapore 079903
TEL : (65) 6420 0400 FAX : (65) 6222 4414